**People of the State of Illinois, Plaintiff-Appellee,
v. Frank E. Brown, Defendant-Appellant.**

Gen. No. 50,056. 

First District, Third Division.

July 28, 1966.

Rehearing denied September 12, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall A. Patner, Frederick F. Cohn, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Joel M. Flaum, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.